# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/21/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00159DAE

CASE NAME:        USA v. Shane Kamaka

ATTYS FOR PLA:    Wes Porter

ATTYS FOR DEFT:   Harlan Kimura

USPO:             Rosanne Donohoe

JUDGE:   David Alan Ezra           REPORTER:   Cynthia Fazio

DATE:    12/21/2005                TIME:       9:00am-9:30am

COURT ACTION: EP: Sentencing to Count 1 of the Information as to Defendant Shane Kamaka.

Defendant Shane Kamaka present in custody.

Presentence Report adopted. Sentencing recommendations heard. Allocution by Defendant Shane Kamaka

SENTENCE:

Imprisonment: 13 MONTHS

Supervised Release: 3 YEARS

CONDITIONS:

1. Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the

probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate and comply with substance abuse treatment, which includes drug and alcohol testing in a program approved by the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

9. That the defendant serve 6 months community confinement, in a community corrections center such as Mahoney Hale, as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: FDC Honolulu.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager